DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCO ANTONIO VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCO ANTONIO VALENCIA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 2:08-cr-00519-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: December 4, 2008 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, MARCO ANTONIO VALENCIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, December 4, 2008 be continued to Thursday, January 8, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 8, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 2, 2008  Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARCO ANTONIO VALENCIA

DATED: December 2, 2008  McGREGOR W. SCOTT
United States Attorney

/s/ Benjamin Galloway for
MARY GRAD
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 8, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 3, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2