```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. No. 2:08-00519-MCE
                                 )
12                   Plaintiff,  )  STIPULATION AND ORDER
                                 )  CONTINUING STATUS CONFERENCE
13  v.                           )  DATE
                                 )
14  MARCO ANTONIO VALENCIA       )
                                 )
15                   Defendant.  )
                                 )
16  _____  )
17
18       It is hereby stipulated between the United States, through its
19  undersigned counsel Assistant U.S. Attorney Mary L. Grad and the
20  defendant Frank Wesley Blue, IV, through his undersigned counsel,
21  that the status conference presently set for April 30, 2009 be
22  continued to June 11, 2009 at 9:00 a.m.
23       The government needs to produce additional discovery in the case
24  relevant to the quantity of pseudoephedrine involved the defendant's
25  alleged offense conduct.  The government anticipates producing the
26  lab results within the next two weeks.  Thereafter counsel for the
27  defendant needs additional time to review the results with his
28  client.
```

1

The parties anticipate that when all relevant information is available to the defendant, the government will prepare a plea agreement and the case will resolve short of trial.

The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded from April 30, 2009 through June 11, 2009.

LAWRENCE G. BROWN
Acting United States Attorney

Date: April 22, 2009      /s/ Mary L. Grad
                          By: MARY L. GRAD
                          Assistant United States Attorney


                          /s/ Benjamin D. Galloway
                          BENJAMIN D. GALLOWAY
                          Assistant Federal Defender


IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE