```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MARCO ANTONIO VALENCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00519-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: June 11, 2009 |
| | ) | TIME: 9:00 a.m. |
| MARCO ANTONIO VALENCIA, | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, MARCO ANTONIO VALENCIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, June 11, 2009 be continued to Thursday, June 25,2009 at 9:00 a.m..

The reason for this continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

///

///

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for June 25, 2009
3 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

6 DATED: June 8, 2009                Respectfully submitted,
                                     DANIEL J. BRODERICK
7                                    Federal Defender

8                                    /S/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                   MARCO ANTONIO VALENCIA

12 DATED: June 8, 2009                LAWRENCE G. BROWN
                                      Acting United States Attorney
13
                                      /s/ Benjamin Galloway for
14                                    MARY GRAD
                                      Assistant U.S. Attorney
15                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**