FILED

August 10, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:08-cr-519 MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| MARCO VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Marco Valencia   Case 2:08-cr-519 MCE

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     X      Release on Personal Recognizance

     _      Bail Posted in the Sum of _____

     _      Unsecured bond in the amount

     _      Appearance Bond with 10% Deposit

     _      Appearance Bond secured by Real Property

     _      Surety Bail Bond in the amount

     X      (Other) Court supervision conditions; no other federal, state or local

crimes; surrender passport within one week; pursue GED; attend

program to address substance abuse

Issued at  Sacramento, CA  on 8/10/09  at  3:20 p.m

By _____

Kimberly J. Mueller,
United States Magistrate Judge