UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARCO VALENCIA,

        Defendant.

_____/

Case No. 2:08-CR-00519-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release MARCO VALENCIA, Case No. 2:08-CR-00519-MCE, from custody for the following reasons:

|     |     |
| --- | --- |
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $___ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Judgment and Commitment Order on April 17, 2014, of Time Served, the Defendant is to be released immediately. |

Issued at Sacramento, California on April 17, 2014 at 9:30 a.m.

Dated: April 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT